IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| STRONG TREE CHURCH, | § | |
|     Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | Civil Action No. 5:15-cv-217 |
| | § | |
| CHURCH MUTUAL INSURANCE | § | |
| COMPANY AND RYAN WERLEY, | § | |
|     Defendant. | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

Plaintiff Strong Tree Church ("Plaintiff") and Defendant Church Mutual Insurance Company ("Defendant") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and state as follows:

1. The above-captioned civil action was filed by Plaintiff after allegedly sustaining property damage to church buildings during a hailstorm and/or windstorm on or about May 9, 2014.

2. Plaintiff filed its Rule 41(a)(1)(A)(i) Notice of Dismissal of Ryan Werley Only on March 7, 2016.

3. The parties have reached a resolution of this civil action.

4. Plaintiff moves to dismiss the suit.

5. Defendant agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this civil action.

8. This civil action is not governed by any federal statute that requires a court order for its dismissal.

9. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this civil action.

EXHIBIT A

This dismissal is with prejudice to refiling.

Respectfully submitted,
THE VOSS LAW FIRM

By: _____
C. Bryan Beverly
Attorney-in-Charge
Texas Bar No. 24082688
SDTX ID No. 2051593
Email: bryan@vosslawfirm.com

Attorney for Plaintiff
STRONG TREE CHURCH

OF COUNSEL FOR PLAINTIFF:
Scott G. Hunziker
Texas State Bar 24032446
The Voss Law Firm
26619 Interstate 45 South
The Woodlands, Texas 77380
(713) 861-0015 Telephone
(713) 861-0021 Facsimile
Email: scott@vosslawfirm.com

- and-

SHEINESS, GLOVER & GROSSMAN, L.L.P.

By: _____
Marc A. Sheiness
Attorney-in-Charge
Texas State Bar No. 18187500
Federal Bar No. 2591
4544 Post Oak Place, Suite 270
Houston, Texas 77027
(713) 374-7005 Telephone
(713) 374-7049 Facsimile
Email: msheiness@hou-law.com

Attorney for Defendant
CHURCH MUTUAL INSURANCE COMPANY

OF COUNSEL FOR DEFENDANT:
George "Rusty" Meurer
Kazen, Meurer & Perez, LLP
Texas Bar No.: 00784596
Federal Bar. No.: 16320
211 Calle del Norte, Suite 100
Laredo, Texas  78041
(956) 712-1600 Telephone
(956) 712-1628 Facsimile
Email: grmeurer@kmp-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this instrument has been served on all counsel of record by the CM/ECF system of the Southern District of Texas, certified mail – return receipt requested, regular mail, fax, email or hand delivery on this _____20_____ day of September 2016.

Marc A. Sheiness
Sheiness, Glover & Grossman, L.L.P.
4544 Post Oak Place, Suite 270
Houston, Texas 77027

_____
C. Bryan Beverly